UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE FOERSTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | No.  2:22–cv–546–KJN<br><br>ORDER GRANTING IFP AND DIRECTING E-SERVICE<br><br>(ECF No. 2.) |

Presently pending before the court is plaintiff's motion for leave to proceed in forma pauperis. See 28 U.S.C. § 1915 (authorizing the commencement of an action "without prepayment of fees or security" by a person that is unable to pay such fees).[1]  (ECF No. 2.) Plaintiff submitted the required affidavit, which demonstrates an inability to prepay fees and costs or give security for them.  Accordingly, IT IS HEREBY ORDERED that:

　　1.　Plaintiff's request to proceed in forma pauperis (ECF No. 2) is GRANTED;

　　2.　The Clerk of Court is directed to issue a summons for this case;

　　3.　In keeping with the court's e-service procedure for Social Security cases, service on the defendant Commissioner of Social Security Administration shall proceed under the court's E-Service program as follows.  Once a summons is issued, the

---

[1] Actions involving review of Social Security decisions are referred to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1) and E.D. Cal. L.R. 302(c)(15).

1

| | | |
|---|---|---|
| 1 | | Clerk of Court shall deliver to the Commissioner of Social Security |
| 2 | | Administration and the United States Attorney's Office at their designated email |
| 3 | | addresses a notice of electronic filing of the action along with the summons and |
| 4 | | complaint.  The Commissioner has agreed not to raise a defense of insufficient |
| 5 | | service of process if provided with notice of a complaint as detailed in this order. |
| 6 | | This order is not intended to prevent parties from making any other motions that |
| 7 | | are appropriate under the Federal Rules of Civil Procedure; and |
| 8 | 4. | The parties are hereby notified that, <u>after e-service of the complaint, this action</u> |
| 9 | | <u>will be STAYED pursuant to General Order Number 615</u>, and there will be no |
| 10 | | scheduling order or deadlines in effect pending further order of the court.  <u>See</u> E.D. |
| 11 | | Cal. G.O. No. 615, Paragraphs 6, 10; <u>see also</u> G.O. No. 644 (rescinding G.O. 615 |
| 12 | | on April 1, 2022). |

Dated:  March 28, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

foer.546