PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA No. 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone: (510) 970-4822
     E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JANE FOERSTER,<br><br><br>     Plaintiff,<br><br>   v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security<br><br>     Defendant. | Case No.: 2:22-cv-00546-KJN<br><br>STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will offer Plaintiff the opportunity for a new hearing; conduct any necessary further proceedings; consider all pertinent issues *de novo*, including, but not limited to, reconsidering the medical opinions and prior administrative medical findings

pursuant to 20 C.F.R. § 404.1520c; and issue a new decision. The parties further request that the

Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against

Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: December 12, 2022          */s/ Shellie Lott*      *
                                  (*as authorized via e-mail on 12/9/22)
                                  Shellie Lott
                                  Attorney for Plaintiff

Dated: December 12, 2022          PHILLIP A. TALBERT
                                  United States Attorney

                        By:       */s/ Marcelo Illarmo*
                                  MARCELO ILLARMO
                                  Special Assistant United States Attorney

                                  Attorneys for Defendant

## **ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of

42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, IT

IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is

remanded to the Commissioner of Social Security for further proceedings consistent with the

terms of the Stipulation to Remand.

Dated:  December 14, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

foer.546